930

No. 8, Original. ARIZONA *v.* CALIFORNIA ET AL. The petition of the Special Master for the payment of an additional fee is granted and the parties are ordered to make additional payments totaling $50,000 to *Simon H. Rifkind, Esquire,* Special Master, on account of the fee to be awarded by this Court as compensation for his services as Special Master. Such payments are to be made in the following proportions: Arizona, 28%; California, 28%; United States, 28%; Nevada, 12%; New Mexico, 2%; and Utah, 2%. This order is subject to such further award, allowance or division of costs or fees as this Court may deem proper for his past or future services. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. [For earlier orders herein, see 344 U. S. 806, 919; 345 U. S. 914, 968; 347 U. S. 985, 986; 348 U. S. 947; 350 U. S. 114, 812, 880, 955; 351 U. S. 977; 354 U. S. 918; 357 U. S. 902; 364 U. S. 940; 368 U. S. 893, 917, 950; *ante,* p. 906.]

No. 476. DOUGLAS ET AL. *v.* CALIFORNIA. Certiorari, 368 U. S. 815, to the Supreme Court of California. Argued April 17, 1962. This case is restored to the calendar for reargument. *Burton Marks* and *Marvin M. Mitchelson* argued the cause and filed a brief for petitioners. *Jack Goertzen,* Deputy Attorney General of California, and *William E. James,* Assistant Attorney General, argued the cause for respondent. With them on the brief was *Stanley Mosk,* Attorney General.

No. 771. PEARLMAN, TRUSTEE IN BANKRUPTCY, *v.* RELIANCE INSURANCE Co. Certiorari, 369 U. S. 847, to the United States Court of Appeals for the Second Circuit. The motion of John G. Street, Jr., for leave to file brief, as *amicus curiae,* is granted.